Evan W. BURDICK

v.

COASTAL RESOURCES MANAGE-
MENT COUNCIL OF the STATE
of Rhode Island et al.

No. 82–35–M.P.

Supreme Court of Rhode Island.

Feb. 25, 1982.

Hogan & Hogan, Thomas S. Hogan, Don-
ald J. Packer, East Providence, for petition-
er.

Goldman & Biafore, Dennis H. Esposito,
Providence, for respondents.

ORDER

Since the petition for writ of certiorari is
not accompanied by a supporting memoran-
dum as required by Supreme Court Rule 13,
said petition is hereby denied.

Beryl DOBSON

v.

DEPARTMENT OF EMPLOYMENT
SECURITY, BOARD OF REVIEW.

No. 82–37–M.P.

Supreme Court of Rhode Island.

April 1, 1982.

Michael J. Bashaw, Providence, for peti-
tioner.

Pat Nero, Legal Counsel, Board of Re-
view, Cranston, for respondent.

ORDER

The petition for writ of certiorari is de-
nied.

Anthony BOUCHER

v.

Syed M. SAYEED, M. D. et al.

No. 82–97–M.P.

Supreme Court of Rhode Island.

April 1, 1982.

Mandell, Aisenberg & Goodman, Ltd.,
Providence, Martin W. Aisenberg, for plain-
tiff-respondent.

Hanson, Curran & Parks, Dennis J.
McCarten, Selya & Iannucillo, Richard A.
Van Tienhoven, Providence, for defendants-
petitioners.

ORDER

The petition for writ of certiorari is
granted.